UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 15-45882-399  Chapter 13 |
| ) | |
| **MATTHEW J AVITT** ) | |
| **JACLYN M AVITT** ) | |
| ) | |
| **Debtors** ) | |
| ) | |

## TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and withdraws his Objection To Claim dated September 15, 2015, to claim 6 filed on behalf of UNITED CONSUMER FINANCIAL SVCS.

Dated: September 29, 2015      /s/ John V. LaBarge, Jr., Chapter 13 Trustee
WDOCLM--AC

John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 9/29/2015.

/s/ John V. LaBarge, Jr., Chapter 13 Trustee
John V. LaBarge, Jr., Chapter 13 Trustee

MATTHEW J AVITT
JACLYN M AVITT
2532 CHARTOM MAR DR
SAINT CHARLES, MO  63301

UNITED CONSUMER FINANCIAL SVCS
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712

LAW OFFICES OF TOBIAS LICKER
1861 SHERMAN DR
ST CHARLES, MO  63303